**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-00623-DGK |
| | ) | |
| UNITED STATES CURRENCY IN THE | ) | |
| AMOUNT OF $85,972.00, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Now before the Court is Plaintiff's Motion for Default Judgment of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (Doc. 7). The Clerk of the Court ordered Entry of Default pursuant Rule 55(a) on January 4, 2018 (Doc. 6).

Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that all known potential claimants were served by certified mail, return receipt, and that any and all other claimants have been served by publication. No potential claimant filed a timely claim to the defendant property. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the Defendant property;

(2) that the Defendant $85,972.00 in United States Currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

(3) that the Defendant property shall be disposed of according to law;

(4) that all persons claiming any right, title or interest in or to the Defendant property are held in default;

(5) that all claims and interests in the Defendant property are forever foreclosed and

barred;

(6) that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED.**

Date:   January 31, 2018                             /s/ Greg Kays
                                                        GREG KAYS, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT